No. 714, Misc. CASTLE v. UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit and for other relief denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Richard W. Schmude* for the United States.

No. 611. PUBLIC UTILITY DISTRICT No 1, PEND OREILLE COUNTY, WASHINGTON, v. FEDERAL POWER COMMISSION ET AL., *ante*, p. 908; and

No. 696. DRILL v. UNITED STATES, *ante*, p. 912. Petitions for rehearing denied.

No. 135, October Term, 1959. DEMPSTER ET AL. v. UNITED STATES, 361 U. S. 819. Motion for leave to file petition for rehearing denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this motion.

MARCH 29, 1963.

No. 1293, Misc. ASHLEY ET AL. v. TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Lloyd M. Lunsford* and *Clyde W. Woody* for petitioners.

APRIL 1, 1963.

No. 631. CAMPBELL ET AL. v. UNITED STATES. Certiorari, 371 U. S. 919, to the United States Court of Appeals for the First Circuit. The motion of the respondent to remove the case from the summary calendar is granted. *Solicitor General Cox* on the motion.